UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:05-cr-0391-BES-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| ADOLFO DEPAZ-ORTIZ, | ) | REPORT & RECOMMENDTION |
| | ) | OF UNITED STATES |
| Defendant. | ) | MAGISTRATE JUDGE |
| | ) | (Motion to Dismiss - #18) |

This matter is before the undersigned Magistrate Judge on Defendant's Motion to Dismiss Based on a Prior Unlawful Deportation (#18).

The Court having reviewed the Motions (#18) and the file herein finds:

1. Defendant's Motion to Dismiss Based on a Prior Unlawful Deportation (#18) was filed on January 19, 2006.

2. Responsive pleadings were to be filed on or before February 6, 2006.. *See*, Order on Stipulation (#17).

3. LCR 47-9 states in part "...The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."

4. Plaintiff has filed no response to the Motion to Dismiss (#18).

Based on the foregoing and good cause appearing therefore,

**RECOMMENDATION**

IT IS THE RECOMMENDATION of the undersigned Magistrate Judge that Defendant's Motion to Dismiss Based on a Prior Unlawful Deportation (#18) be **GRANTED**.

**NOTICE**

Pursuant to Local Rule IB 3-2 [former LR 510-2] any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within ten (10) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. Thomas v. Arn, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986). This Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991); Britt v. Simi Valley United Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

DATED this 17th day of February, 2006.

.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge